Jones v. State of Mississippi
Case 3:07-cv-00176-TSL-JCS   Document 6   Filed 04/02/2007   Page 1 of 1
Doc. 6

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION

LARRY JONES                                          PETITIONER

VERSUS                        CIVIL ACTION NO. 3:07cv176-TSL-JCS

THE STATE OF MISSISSIPPI                             RESPONDENT
```

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day,

IT IS HEREBY, ORDERED AND ADJUDGED that this cause be dismissed with prejudice for this court's lack of jurisdiction.

This the 2nd day of April, 2007.

                                /s/ Tom S. Lee
                                UNITED STATES DISTRICT JUDGE