IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LARRY JONES                                                           PETITIONER

VERSUS                               CIVIL ACTION NO. 3:07cv176-TSL-JCS

THE STATE OF MISSISSIPPI                               RESPONDENT

**FINAL JUDGMENT**

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day,

IT IS HEREBY, ORDERED AND ADJUDGED that this cause be dismissed with prejudice for this court's lack of jurisdiction.

This the 2nd day of April, 2007.

                                           /s/ Tom S. Lee
                                           UNITED STATES DISTRICT JUDGE